In the Matter of the Accounting of MECHANICS & FARMERS BANK, ALBANY, as Trustee under the Will of HENRIETTA L. KNICKERBOCKER, Deceased, Respondent.

FRANCES CHRISTMAN, as Administratrix of the Estate of ANNIE KNICKERBOCKER, Deceased, Appellant; WINIFRED C. KNICKERBOCKER, Respondent.

Argued January 17, 1939; decided February 21, 1939.

*Herman P. Greene* for appellant.

*Stephen R. J. Roach* for Winifred C. Knickerbocker, respondent.

*Robert E. Whalen* for Mechanics & Farmers Bank, Albany, respondent.

Order affirmed, with costs payable out of the trust fund; no opinion. (See 280 N. Y. 598.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.